PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
08 MAY 20 AM 8: 53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W. Samuel Hamrick, Jr.,
Clerk of Court

May 6, 2008

Clerk, U.S. District Court
Central District of California, Western Division
255 East Temple Street
Los Angeles, CA 90012

Re: Jimmie Stephen v. Hoxie, et al., Case No. 3:08-cv-00790-JM-PCL

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ L. Odierno, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF 5/16/08
AND ASSIGNED CASE NUMBER CV08-3260 (SH)

CLERK, U.S. DISTRICT COURT
HANA RASHAD

By:_____, Deputy